IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL BATYSKE,
                    Appellant,
          vs.
THE BANK OF NEW YORK MELLON;
AND BAYVIEW LOAN SERVICING,
LLC,
                 Respondents.

No. 75749

**FILED**

DEC 24 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Elizabeth Goff Gonzalez, District Judge
       John Walter Boyer, Settlement Judge
       Peters & Associates, LLP
       Akerman LLP/Las Vegas
       Eighth District Court Clerk

18-910101